# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0031.  OLEKSANDRA PLYATSKO v. BRANDON SIMPSON.**

Oleksandra Plyatsko, proceeding pro se, has filed an "Emergency Motion to Stay Transmission of Incomplete Record and to Compel Rulings on Pending Record-Completion Motions." To the extent Plyatsko seeks to invoke this Court's original mandamus jurisdiction pursuant to Court of Appeals Rule 40 (c), we decline to do so and the petition is hereby DISMISSED.

To the extent Plyatsko is seeking emergency relief from this Court to stay transmission of the appellate record in her case, such relief was already denied in Case No. A26E0017.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  08/20/2025*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*